IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FRANK SOWERS,                    )
                                 )
     Petitioner,                 )
                                 )        CIVIL ACTION NO.
     v.                          )          2:16cv489-MHT
                                 )             (WO)
UNITED STATES OF AMERICA,        )
                                 )
     Respondent.                 )

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that:

(1)  Petitioner  Frank  Sowers's  motion  to  dismiss without prejudice (doc. no. 14) is granted.

(2) The petition for habeas relief (doc. no. 1) is dismissed without prejudice.

(3) All other pending motions are denied as moot.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of August, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**